# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135331

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARNOLD EDWARD DEMANN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135331
COA: 268657
Allegan CC: 05-014225-FH

_____/

On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

s0317